728

**Christian S. JUELL, Appellant, v. COMMIS-
SIONER OF IMMIGRATION AND
NATURALIZATION, Appellee.**

**No. 313.**

Circuit Court of Appeals, Second Circuit.

June 16, 1941.

On Rehearing June 27, 1941.

Thomas H. Matters, Jr., of New York City (Julius I. Puente, of New York City, of counsel), for appellant.

Harold M. Kennedy, U. S. Atty., of Brooklyn, N. Y. (Vine H. Smith and Frank J. Parker, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for appellee.

Before L. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Order, 37 F.Supp. 533, affirmed.

On Rehearing.

This cause came on for a rehearing upon the petition of the appellant and thereupon, upon consideration thereof, it is ordered that the judgment appealed from be, and the same hereby is, affirmed except as to the third paragraph, as to which it is reversed. The said third paragraph reversed is as follows: "Further Ordered that the petition be dismissed in that the same on its face fails to state a cause of action."

**COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. William S. BAR-
BOUR, Respondent.**

**No. 7496.**

Circuit Court of Appeals, Third Circuit.

July 8, 1941.

Michael H. Cardozo, IV, Sp. Asst. Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., on the brief), for petitioner.

Arthur D. Hammond, of New York City, for respondent.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is reversed upon the authority of United States v. Pelzer, 61 S.Ct. 659, 85 L.Ed. ——, and Ryerson v. United States, 61 S.Ct. 656, 85 L.Ed. ——, and the cause is remanded to the Board for further proceedings not inconsistent with the opinions of the Supreme Court in those cases.